IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL CLEMENTE JOHNSON,

    Petitioner,

v.                                         CASE NO. 4:11-cv-00202-MP-CAS

EDWIN G BUSS, KENNETH S TUCKER,

    Respondents.

_____/

## O R D E R

       This matter is before the Court on Doc. 32, in which the Clerk construes petitioner's notice of appeal to include a request for Certificate of Appealability. For the reasons stated in the order at Doc. 28, petitioner's claims are completely foreclosed by the Eleventh Circuit's decision in Shelton v. Sec'y, Dept. of Corrections, 2012 WL 3641008 (August 24, 2012). Therefore, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further. Accordingly, no certificate of appealability is appropriate in this case. The court also certifies that the appeal is not taken in good faith and proceeding in forma pauperis on appeal is inappropriate under Fed. R. App. P. 24(a)(4).

       **DONE AND ORDERED** this _20th_ day of December, 2012

                                                 *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge